IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MYRON NEWJEAN ANDERSON, JR.**  **PLAINTIFF**
**ADC #123288**

v.          Case No. 5:14-cv-00029-KGB-JTK

**RUSSELL MCCRIMMAN,** *et al.*          **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 10). After a review of the Proposed Findings and Recommendations, and the timely objections received thereto (Dkt. No. 17), as well as a *de novo* review of the record, the Court adopts them in their entirety.

It is therefore ordered that:

1.  Defendants Ray Hobbs, James Banks, and Curtis Meinzer are dismissed from plaintiff's complaint for failure to state a claim.

2.  Plaintiff's allegations concerning failure to follow ADC policies are dismissed for failure to state a claim.

SO ORDERED this the 12th day of May, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE