**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**MYRON NEWJEAN ANDERSON, JR.**                                                          **PLAINTIFF**
**ADC #123288**
**v.**                              **Case No. 5:14-cv-00029-KGB/JTK**

**RUSSELL MCCRIMMAN**                                                                    **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 37), as well as the objections filed by plaintiff Myron Newjean Anderson, Jr. (Dkt. No. 38). After a review of the Proposed Findings and Recommendations, and the timely objections thereto, as well as a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations in their entirety.

It is therefore ordered that defendant Russell McCrimman's motion for summary judgment is granted (Dkt. No. 33), and Mr. Anderson's complaint against him is dismissed with prejudice. An appropriate Judgment shall accompany this Order.

SO ORDERED this the 27th day of April, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE