IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MYRON NEWJEAN ANDERSON, JR.                                                PLAINTIFF
ADC #123288
v.                          Case No. 5:14-cv-00029-KGB/JTK

RUSSELL MCCRIMMAN                                                           DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case be, and it is hereby, dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this the 27th day of April, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE